UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.                                            16-M-141-HKS

AIDA RAMIREZ-ARRELLANO,

Defendant.

---

## SPEEDY TRIAL ORDER
### (October 19, 2016 through December 30, 2016)

On October 19, 2016, the parties along with a Spanish interpreter appeared before the Court for an initial appearance. Special Assistant United States Attorney Brian J. Counihan appeared on behalf of the government. The defendant appeared in person with Assistant Federal Public Defender Brian P. Comerford.

At that time, the Court advised the defendant of the charges and entered a not guilty plea on his behalf. The Court assigned counsel. The defendant was released to the custody of Immigration and Customs Enforcement for supervision. The defendant waived a preliminary hearing.

With the consent of the parties, the Court excluded the time in this action from and including October 19, 2016 to and including December 30, 2016, as being in the interests of justice, insuring the defendant has effective assistance of counsel, insuring the defendant has adequate time to prepare for trial, and not contrary to the interests of the public and the defendant in a speedy trial pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

NOW, it is hereby

ORDERED, that the time in this action from and including October 19, 2016 to and including December 30, 2016, is properly excluded from the time within which the defendant should be tried, in accordance with the Speedy Trial Act, pursuant to Title 18, United States Code, Sections 3161(h)(7)(A) and (B)(iv) and Rule 5.1 of the Federal Rules of Criminal Procedure.

DATED:   Buffalo, New York, October 26, 2016.

H. KENNETH SCHROEDER, JR.
United States Magistrate Judge