# United States District Court
### for the
### Western District of New York

United States of America

v.

AIDA RAMIREZ-ARELLANO

Case No. 16-M- 141

_____
Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* AIDA RAMIREZ-ARELLANO, who is accused of an offense or violation based on the following document filed with the Court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Title 8, United States Code, Section 1326(a) [re-entry after deportation or removal].

Date: October 17, 2016

Issuing officer's signature

City and State: Buffalo, New York

H. KENNETH SCHROEDER, JR.
UNITED STATES MAGISTRATE JUDGE
Printed name and Title

### Return

This warrant was received on *(date)* 10/17/16, and the person was arrested on *(date)* 10/18/16
at *(city and state)* Buffalo, NY.

Date: 10/18/16

Patricia Culleri
Arresting officer's signature

Special Agent Patricia Culleri
Printed name and title